UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                          18-cr-211 (PKC)

        -against-                                               <u>ORDER</u>

CARLOS VARGAS,

                         Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by December 22, 2020.  The defendant may reply by January 8, 2021.

        SO ORDERED.

                                                                    P. Kevin Castel
                                                             United States District Judge

Dated:  New York, New York
          December 7, 2020