LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

March 30, 2021

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

re: USA v. Carlos Vargas, 18cr211 (PKC)

Dear Judge Castel;

    Defendant Vargas has a pending motion pursuant to 28 USC @ 2255 before the Court. I have previously written to request 4-12-21 to file supporting materials. In the interim defendant and the Government have met, and seek to resolve issues in contention without the need for further litigation. Accordingly, with the consent of the Government by AUSA Frank Balsamello [ I request an extension of the deadline to submit supporting documents to May 12, 2021. ]  OK
    Thank you.

Respectfully,

B. Alan Seidler

Application GRANTED. DE 22 and DE 23 are terminated.
SO ORDERED.
Dated: 4/7/2021

P. Kevin Castel
United States District Judge