UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          18-cr-211 (PKC)

       -against-                                       ORDER

CARLOS VARGAS,

                       Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The VOSR originally scheduled for October 25, 2022 is adjourned to November 10, 2022 at 12:30 p.m. in Courtroom 11D.

        SO ORDERED.

                                                            P. Kevin Castel
                                                   United States District Judge

Dated:  New York, New York
           October 24, 2022