UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

CARLOS VARGAS,

               Defendant.
-------------------------------------------------------x

18 CR 211-01 (PKC)

ORDER

P. Kevin Castel, U.S.D.J.

        There is a VOSR hearing scheduled for November 10, 2022 at 12:30 p.m. in Courtroom 11D. I provisionally appoint CJA, Ezra Spilke, to represent Mr. Vargas. The government, Mr. Vargas, Mr. Aldridge, USPO Lisa Faro, and Ezra Spilke shall appear at the hearing.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         November 2, 2022