UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                18-cr-211 (PKC)

                                                                                                                21-cv-1051 (PKC)

            -against-                                                                                               <u>ORDER</u>

CARLOS VARGAS,

                                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The section 2255 motion of defendant Vargas, filed with the assistance of counsel, is devoid of detail sufficient to place the government or trial or appellate counsel on notice of the nature of his claim.

        On March 30, 2021, counsel for Vargas sought an extension of time to submit supporting documents to May 12, 2021. (ECF 23.) The letter request noted that since the filing of the section 2255 motion "defendant and the Government have met and seek to resolve tissues in contention without the need for further litigation."

        The Court granted the extension to May 12, 2021. (ECF 24.) No submission was made by May 12, 2021, nor any date since then, and no request for a further extension of time has been made.

        Let Carlos Vargas show cause in writing within 14 days of this Order why his section 2255 motion ought not be deemed withdrawn and dismissed without prejudice.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 18, 2023