UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                               18-cr-211 (PKC)

                                                                               21-cv-1051 (PKC)

                  -against-                                                       <u>ORDER</u>

CARLOS VARGAS,

                            Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Having filed the motion pursuant to section 2255 as attorney of record for Mr. Vargas. (ECF 1 at 12 & 14 of 14, 21 cv 1051), Mr. Seidler remains attorney of record for Mr. Vargas until such time as a motion to withdraw is filed by Mr. Seidler, served on his client and granted by this Court. His letter of April 21, 2023 (ECF 32, 18 cr 211) is not such a motion.

        Mr. Seidler shall serve a copy of this Order and file an affidavit of service of the Order within five days hereof.

        SO ORDERED.

                                                                           P. Kevin Castel
                                                                United States District Judge

Dated: New York, New York
          May 3, 2023