UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                          18-cr-211 (PKC)
                                                                                                                          21-cv-1051 (PKC)

                -against-                                                                                     <u>ORDER</u>

CARLOS VARGAS,

                                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Mr. Seidler appears as retained counsel for Mr. Vargas on a compassionate release application (denied January 12, 2021) and a section 2255 motion relating to the 18 Cr. 211 from which he now seeks to withdraw. Mr. Seidler initiated these applications and claims he is no longer being paid. Mr. Seidler cites no complexities that have arisen since the date he first appeared on these applications. The Court will not facilitate the filing of applications by attorneys who have not made appropriate arrangements for compensation. The application to withdraw is denied, except it is granted as to matters <u>other than</u> the now denied compassionate release and the pending section 2255 applications.

        Mr. Spilke, appointed pursuant to the CJA, continues to represent Mr. Vargas on the VSORs lodged against him on 10 Cr. 891 and 18 Cr. 211.

        SO ORDERED.

                                                                                P. Kevin Castel
                                                                 United States District Judge

Dated: New York, New York
       July 10, 2023