# Law Offices of Ezra Spilke

*VOSR hearing adjourned from October 23, 2024 to November 20, 2024 at 3:30 p.m. in Courtroom 11D. SO ORDERED.*
*Dated: 10/18/2024*

*P. Kevin Castel*
*United States District Judge*

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

By ECF                                                                        October 18, 2024

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Carlos Vargas*, No. 18 Cr. 211

Your Honor:

The parties jointly request a 30-day adjournment of the continued VOSR hearing as to Carlos Vargas scheduled for Thursday, October 23, 2024. Mr. Vargas was arraigned on the specifications and ordered detained on June 20, 2024. The proceedings were continued pending developments in the underlying state case in Bronx Criminal Court where he is charged with criminal possession of controlled substance in the third degree in violation of N.Y. Pen. L. § 220.16(1); criminal possession of controlled substance in the fifth degree in violation of N.Y. Pen. L. § 220.06(1); and criminal possession of controlled substance in the seventh degree in violation of N.Y. Pen. L. § 220.03.

Mr. Vargas's underlying case is still ongoing. He appeared in Bronx Criminal Court on October 8, 2024, without a disposition or placement on the trial calendar. The next appearance in the Bronx is scheduled for November 6, 2024. As of now, the parties have no update beyond the information in this letter. Chambers has informed us that November 21, 2024, at 3:00 or 3:30 p.m. is a convenient time for the Court, and we respectfully request an adjournment to that date. This is the third such request. The first two were granted. Thank you for your attention to this matter.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF
      USPO Lisa Faro, by email